# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2022-1267
_____

DANIEL LEE WEIDMAN,

　　Appellant,

v.

STATE OF FLORIDA,

　　Appellee.

_____

On appeal from the Circuit Court for the First Judicial Circuit,
Santa Rosa County.
Clifton A. Drake, Judge.


November 9, 2023

PER CURIAM.

　　AFFIRMED.

ROBERTS, RAY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Jessica J. Yeary, Public Defender, and Lori A. Willner, Assistant Public Defender, Tallahassee; Tony L. Henderson of Tony Henderson Law Firm, Milton; William Mallory Kent of Kent & McFarland, Jacksonville, for Appellant.

Ashley Moody, Attorney General, Daren L. Shippy and Robert "Charlie" Lee, Assistant Attorneys General, Tallahassee, for Appellee.